**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHRISTOPHER RONALD SHIELDS,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04960

Judge Mary M. Rowland

Magistrate Judge Young B. Kim

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, CHRISTOPHER RONALD SHIELDS ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Christopher Ronald Shields and any email addresses provided for Defendants by third parties that includes a link to said website.

3.      I hereby certify that on May 28, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments,

Inc. ("Amazon"), Roadget Business Pte. Ltd. ("SHEIN"), and Walmart Inc. ("Walmart") marketplaces, as identified and provided for Defendants by third parties.

4. I hereby certify that on or before May 28, 2026, I electronically published the Complaint, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion and Memorandum in Support of Preliminary Injunction on said website.

5. I hereby certify that on May 28, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon, SHEIN, and Walmart marketplaces, as identified and provided by third parties for Defendants, that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2026.


/s/ Keith A. Vogt
Keith A. Vogt
*Counsel for Plaintiff*

2