**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHRISTOPHER RONALD SHIELDS,

     Plaintiff,                          Case No.: 1:26-cv-04960

v.                                    Judge Mary M. Rowland

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Young B. Kim
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**PLAINTIFF'S STATUS REPORT**

Pursuant to minute entry order [27], Plaintiff, Christopher Ronald Shields ("Plaintiff"), hereby files this status report solely on behalf of Plaintiff.

Plaintiff filed a Motion for preliminary injunction [24] on May 28, 2026. The Court gave defendants until June 12, 2026 to oppose Plaintiff's Motion. [27]. As of the time of filing this status report, no defendants have opposed Plaintiff's motion. Plaintiff submitted an updated proposed order to the Court's proposed order inbox that excludes the defendants who have been dismissed as of June 16, 2026.

DATED: June 16, 2026                Respectfully submitted,

                                     */s/ Keith A. Vogt*
                                     Keith A. Vogt
                                     FL Bar No. 1036084 / IL Bar No. 6207971
                                     Keith A. Vogt PLLC
                                     15275 Collier Boulevard, Ste. 201-2061
                                     Naples, Florida 34119-6750
                                     Telephone: 312-971-6752
                                     E-mail: keith@vogtip.com

                                     ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 16, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt