**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHRISTOPHER RONALD SHIELDS,

    Plaintiff,                                        Case No.: 1:26-cv-04960

v.                                                      Judge Mary M. Rowland

THE PARTNERSHIPS AND UNINCORPORATED          Magistrate Judge Young B. Kim
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### PLAINTIFF'S STATUS REPORT

Pursuant to minute entry order [36], Plaintiff, Christopher Ronald Shields ("Plaintiff"), hereby files this status report solely on behalf of Plaintiff.

Plaintiff filed a motion for entry of default and default judgment [34] against the Defendants who have failed to appear in this case on June 22, 2026. Defendants that have been dismissed are excluded from this motion.

The Court gave Defendants until July 7, 2026 to respond to Plaintiff's default judgment motion. [36]. Plaintiff submitted a proposed default judgment order to the Court's proposed order inbox on July 7, 2026 pursuant to Minute Entry Order [36]. As of the time of this report, if and once the default judgment order is entered, the case can be closed at the Court's earliest convenience.

DATED:  July 7, 2026                          Respectfully submitted,

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt
                                                FL Bar No. 1036084/IL Bar No. 6207971
                                                Keith A. Vogt PLLC
                                                1820 NE 163rd Street, Suite #306
                                                North Miami Beach, Florida 33162
                                                Telephone: 312-971-6752
                                                E-mail:  keith@vogtip.com
                                                ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 7, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt